

NUMBER 13-14-00722-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PAULA GARCIA, INDIVIDUALLY D/B/A                      Appellant,
J. C. SPORTS CON-ACTION,

v.

FAIRHAVEN CROSSING, LTD.,                             Appellee.

On appeal from the County Court at Law No. 6
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam

This appeal was abated by this Court on January 16, 2015, and the parties were ordered to mediation. This cause is now before the Court on an agreed motion to dismiss the appeal on grounds the case has been settled. The parties request that this Court dismiss the appeal. Accordingly, this case is REINSTATED.

The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
28th day of May, 2015.